# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**LIONEL RICHARDSON and N-MINOR,**

    Plaintiffs,

v.                     **CASE NUMBER: 1:13-CV-297 (GTS/RFT)**

**DENNIS J. PACKARD, Commissioner
of NYS Department of Social Service,
JEAN M. NICHOLAS, Supervisor A, NYS
Child Protective Service, and CASSIE
McCRACKEN, Child Protective Case Worker,**

    Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Defendants' motion to dismiss Plaintiff's Complaint for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) (dkt. no. 8) is **GRANTED**. It is further **ORDERED** that Plaintiff's Complaint (dkt. no. 1) is **DISMISSED**.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 31st day of March, 2014.

DATED: March 31, 2014

*Lawrence K. Baerman*
Clerk of Court

By: s/ Nicole Killius
    Deputy Clerk